## TUTTY v. RYAN ET AL.

SUIT ON INJUNCTION BOND.

> Following Tutty v. Ryan et al., ante, *Held*, that the court below properly ordered the action dismissed.

[Decided December 2, 1904.]                (78 Pac., 1119.)
[Rehearing denied March 6, 1905.]           (79 Pac., 921.)

ERROR to the District Court, Crook County, HON. JOSEPH L. STOTTS, Judge.

The action was brought by George W. Tutty against J. C. Ryan and J. G. Bush. From a judgment dismissing the action plaintiff prosecuted error.

*H. A. Alden* and *E. E. Enterline,* for plaintiff in error.

*Nichols & Adams,* for defendants in error.

(For abstract of briefs of counsel, see the case of Tutty v. Ryan et al., *ante,* 134.)

POTTER, JUSTICE.

This is a suit upon an undertaking given to continue a temporary injunction in force, upon an order requiring additional security. The case stands in the same condition as that of Tutty v. Ryan et al., this day decided, and the two causes were submitted together. The same questions are involved in each. For the reasons given in the opinion

filed in the other case, the judgment of the District Court dismissing the action will be affirmed.            *Affirmed.*

CORN, C. J., concurs.

### ON PETITION FOR REHEARING.

POTTER, JUSTICE.

For the reasons stated in the opinion this day deilvered and filed in the case of George W. Tutty, plaintiff in error, v. J. C. Ryan, A. L. Ripley and J. W. Rogers, defendants in error, a rehearing in this cause is denied.

*Rehearing denied.*

BEARD, J., concurs.